IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:09cr204-MHT |
| | ) | (WO) |
| BRYANT PORTERFIELD | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered March 7, 2016, and after an independent and de novo review of the record, the court concludes that defendant Bryant Porterfield is ineligible receive a reduction in sentence pursuant to Amendment 782 because the amendment did not change the career-offender guideline

under which he was sentenced, U.S.S.G. § 4B1.1.  <u>See</u> <u>United States v. Whitfield</u>, 620 F. App'x 731 (11th Cir. 2015).  Accordingly, it is ORDERED that defendant Porterfield's motion for sentence reduction (doc. no. 56) is denied.

DONE, this the 7th day of March, 2016.

                                   /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE