IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:09cr204-MHT** |
| | ) | **(WO)** |
| **BRYANT PORTERFIELD** | ) | |

### ORDER

Upon consideration of defendant Bryant Porterfield's motions for sentence reduction (Doc. 64 and Doc. 66) and motion for appointment of counsel (Doc. 65) to assist in seeking a sentence reduction, it is ORDERED that the motions are denied as moot because defendant Porterfield completed service of his custodial sentence in August 2022. *See* https://www.bop.gov/inmateloc/ (accessed February 28, 2024). However, the court notes that, even if defendant Porterfield's motions were not moot, the court would have been compelled to deny his motions for sentence reduction on the merits.

DONE, this the 29th day of February, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**